UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-1361-REB-OES

**KELLY MUSICK**

        Plaintiff,

vs.

**CHIEF DEPUTY DISTRICT ATTORNEY**
**JOHN PICKERING, et al.,**

        Defendant.

---

**PLAINTIFF MUSICK'S MOTION TO DISMISS CLAIM AS TO DEFENDANT ATTORNEY GENERAL'S OFFICE FOR THE STATE OF COLORADO**

---

Plaintiff Kelly Musick, by and through her counsel Mark C. Johnson, requests that this Court enter an order dismissing Defendant Attorney General's Office for the State of Colorado as a defendant in this case and further states:

1.    Plaintiff Musick filed a complaint naming several parties the present action. Among the parties named as defendants was the Attorney General's Office for the State of Colorado. The Plaintiff asserted that the Court had supplemental jurisdiction over the Attorney General's Office pursuant to 28 U.S.C. Section 1367. Plaintiff's Counsel has conferred with Counsel for the Attorney General's Office and has concluded that 28 U.S.C. Section 1367 *et seq.* is trumped by the 11th amendment to the federal constitution. See *Raygor v. Regents of the University of Minnesota*, 534 U.S. 533 (2002) (claims of jurisdiction under §1367(a) do not extend to claims against non-consenting state defendants) citing *Blatchford v. Native Village of Noatak*, 501 U. S. 775.

2.       The Plaintiff is satisfied that Defendant Attorney General's Office would be successful in a motion to dismiss under the 11th amendment. Therefore, Plaintiff's Counsel requests that this Court enter an order dismissing the Attorney General's Office for the State of Colorado as a Defendant in this action.

**DATED August 26, 2005**

Respectfully Submitted,

s/ Mark C. Johnson
_____
Mark C. Johnson
4450 Arapahoe Avenue, Suite 100
Boulder, CO 80303
(303)448-8836
MarkJohnson297@hotmail.com
**COUNSEL FOR PLAINTIFF KELLY MUSICK**

## CERTIFICATE OF SERVICE

I certify that on August 26, 2005 a copy of this motion to dismiss the Attorney General's Office as a Defendant was served by e-mail upon:

Mr. Fred Haines, Esq.
Attorney for Defendant Attorney General's Office
Fred.haines@state.co.us
'

                                                                                  s/ Mark C. Johnson
                                                                                  _____

                                                                                Mark C. Johnson

UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

Civil Action No. 05-1361-REB-OES

**KELLY MUSICK**

        Plaintiff,

vs.

**CHIEF DEPUTY DISTRICT ATTORNEY
JOHN PICKERING, et al.,**

        Defendant.

---

**ORDER REGARDING PLAINTIFF MUSICK'S MOTION TO DISMISS CLAIM AS TO DEFENDANT ATTORNEY GENERAL'S OFFICE FOR THE STATE OF COLORADO**

---

The COURT, having considered the Plaintiff's motion along with the points and authorities set out in that motion, does hereby ORDER that Defendant Attorney General's Office For The State Of Colorado is DISMISSED from this lawsuit due to an absence of jurisdiction over that party.

DATED this _____ day of _____, 2005.


_____
HONORABLE ROBERT EDWARD BLACKBURN
FEDERAL DISTRICT JUDGE