**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-01361-REB-OES

KELLY MUSICK,

    Plaintiff,

v.

CHIEF DEPUTY DISTRICT ATTORNEY JOHN PICKERING,
SERGEANT GENE McCAUSEY,
ATTORNEY GENERAL'S OFFICE FOR THE STATE OF COLORADO,
DISTRICT ATTORNEY'S OFFICE FOR THE 20TH JUDICIAL DISTRICT, and
LAFAYETTE POLICE DEPARTMENT,

    Defendants.

**ORDER OF DISMISSAL AS TO
DEFENDANT ATTORNEY GENERAL'S OFFICE FOR THE STATE OF COLORADO**

**Blackburn, J.**

    The matter comes before the court on **Plaintiff Musick's Motion to Dismiss Claim as to Defendant Attorney General's Office for the State of Colorado** [#9], filed on August 26, 2005.  After careful review of the motion and the file, the court has concluded that the motion should be granted and plaintiff's claim as to defendant Attorney General's Office for the State of Colorado should be dismissed.

    **THEREFORE IT IS ORDERED** as follows:

    1. That the **Plaintiff Musick's Motion to Dismiss Claim as to Defendant Attorney General's Office for the State of Colorado** [#9], filed on August 26, 2005, is **GRANTED**;

2. That plaintiff's claim against defendant Attorney General's Office for the State of Colorado is **DISMISSED**; and

3. That defendant Attorney General's Office for the State of Colorado is **DROPPED** as a named party to this action, and the case caption is amended accordingly.

Dated this 29th day of August, 2005, at Denver, Colorado.

BY THE COURT:

s/ Robert E. Blackburn
Robert E. Blackburn
United States District Court