**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-01361-REB-OES

KELLY MUSICK,
    Plaintiff,
v.

CHIEF DEPUTY DISTRICT ATTORNEY JOHN PICKERING,
SERGEANT GENE McCAUSEY,
DISTRICT ATTORNEY'S OFFICE FOR THE 20th JUDICIAL DISTRICT, and
LAFAYETTE POLICE DEPARTMENT,
    Defendants.

_____

**JUDGMENT**
_____

Pursuant to and in accordance with the Order entered by Judge Robert E. Blackburn, October 24, 2005, granting defendants John Pickering and the District Attorney's Office Motion to Dismiss, filed September 6, 2005, and granting defendants Sgt. McCausey and the Lafayette Police Department's Motion to Dismiss with Incorporated Legal Authority, filed September 22, 2005, which is incorporated herein by reference as if fully set forth.

It is ordered:

    1.    That plaintiff's federal claims brought pursuant to 42 U.S.C. § 1983 are dismissed with prejudice;

    2.    That plaintiff's quantum meruit claim is dismissed without prejudice.

Judgment
Civil Action 05-cv-01361-REB-OES
Page 2

DATED at Denver, Colorado, this 26th day of October , 2005.

FOR THE COURT:
Gregory C. Langham, Clerk

By: s/Stephen P. Ehrlich
    Stephen P. Ehrlich
    Chief Deputy